**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                    Case No.8:20-bk-03536-RCT
                                                          Chapter 13

THERESE MARIE BERNICH

Debtor(s)[1]

_____/

### TRUSTEE'S NOTICE OF DEFAULT IN PLAN PAYMENTS

Comes now KELLY REMICK, the Chapter 13 Standing Trustee, hereby files this Notice

of Default in Plan Payments, pursuant to/and references the Order Reserving Ruling on Trustee's

Motion to Dismiss for Failure to Make Plan Payments and Granting Period to Cure Default (Doc

No. 28).

1.  As of November 26, 2024**,** the Debtor(s) are delinquent in payments to the Chapter 13

Trustee in the total amount of $1,544.00, which sum is through and including the October, 2024

payment.

2.  The Debtor's shall cure all delinquencies and bring all payments current within thirty

(30) days of the date of this Notice.

3.  If the Debtor(s) fail to cure all delinquencies, the Trustee may, without further notice to

the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by
two individuals.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Notice of Default in Plan Payments was furnished, electronically or by U.S. Mail, to Therese Marie Bernich, 7020 Woodhall Avenue, New Port Richey, FL 34653; and Jay M Weller, Weller Legal Group, Inc., 25400 US Highway 19 North, Suite 150, Clearwater, FL 33763, on November 26, 2024.

/s/ Kelly Remick
Kelly Remick, Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

KR/ns